# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2302
Lower Tribunal No. 19-13302
_____

**Daniel Alexis and Rose Alexis,**
Appellants,

vs.

**Newrez, LLC, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellants.

Quintairos, Prieto, Wood & Boyer, P.A., and Thomas A. Valdez, and Megan G. Colter (Tampa), for appellee.

Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150 (Fla. 1979).